UNITED STATES of America,
Plaintiff—Appellee,

v.

Juan David MUNOZ–CRUZ,
Defendant—Appellant.

No. 04–30433.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 16, 2006.

Frank Noonan, Esq., USPO–Office of the U.S. Attorney Mark O. Hatfield U.S. Courthouse, Portland, OR, for Plaintiff–Appellee.

Stephen R. Sady, Esq., FPDOR–Federal Public Defender's Office Portland, OR, for Defendant–Appellant.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

MEMORANDUM **

Juan David Munoz–Cruz appeals from the 57–month sentence imposed following his guilty-plea conviction to one count of illegal reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Because Munoz–Cruz was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez*, 419 F.3d 906, 916 (9th Cir. 2005).

REMANDED.

courts of this circuit except as provided by 9th Cir. R. 36–3.

